143 A.3d 383

**Ronald CHAVIS, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 94 EM 2016.**

Supreme Court of Pennsylvania.

July 27, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of July, 2016, the Application for Extraordinary Relief Pursuant to King's Bench Powers is **DENIED.**

Justice MUNDY did not participate in the consideration or decision of this matter.